Court of Appeals
Fourth Court of Appeals District of Texas
San Antonio





# MEMORANDUM OPINION

No. 04-12-00685-CV

**EX PARTE** Larry Frank **ROSALES**

Original Proceeding[1]

PER CURIAM

Sitting:    Catherine Stone, Chief Justice
            Phylis J. Speedlin, Justice
            Rebecca Simmons, Justice

PETITION FOR WRIT OF HABEAS CORPUS IS DENIED AS MOOT

On October 19, 2012, Relator Larry Frank Rosales filed a petition for writ of habeas corpus complaining that the trial court's order of civil commitment had been served and he was being improperly held at the Bexar County Jail. However, on October 18, 2012, the trial court signed an order releasing the relator from the Bexar County Jail. Accordingly, the petition for writ of habeas corpus is DENIED AS MOOT. *See* TEX. R. APP. P. 52.8(a).

PER CURIAM

---

[1] This proceeding arises out of Cause No. 2007EM503291, styled *In the Interest of I.R.R., et al.*, pending in the 407th Judicial District Court, Bexar County, Texas, the Honorable Karen Pozza presiding. However, the order complained of was signed by the Honorable Jim Rausch, Associate Judge of the Child Support Court, Bexar County, Texas.